# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00151-MR
# CRIMINAL CASE NO. 1:02-cr-00089-MR-1

| | |
|---|---|
| **GREGORY ALLEN OAKS,** ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> **UNITED STATES OF AMERICA,** ) <br> ) <br> Respondent. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on its own motion.

In this matter filed pursuant to 28 U.S.C. § 2255, the Government has filed a pending motion to dismiss, and Petitioner has filed a response to the motion. [Docs. 7, 8]. Before the Court rules on the Government's motion to dismiss, the Court will require the Government to submit a memorandum responding to the arguments made by Petitioner in his response.

**IT IS, THEREFORE, ORDERED** that within thirty (30) days of the entry of this Order, the Government shall file a supplemental memorandum responding to the arguments made by Petitioner in his response. Such supplemental memorandum shall not exceed ten (10) pages in length.

**IT IS SO ORDERED**.

Signed: March 6, 2018

Martin Reidinger
United States District Judge