# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **GREGORY ALLEN OAKS,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-151-MR |
| | ) | (1:02-cr-89-MR-1) |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 28, 2019 Order.

August 28, 2019

*Frank D. Johns*
Clerk of Court